OXENBERG *v.* ALASKA.

No. 385. Decided November 13, 1961.

*Lyle L. Iversen* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.